# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BAYLA BURNETT** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:24-cv-35-HSO-BWR |
| | § | |
| **STEPHANIE HAWKINS, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Order of Dismissal Without Prejudice for Lack of Subject-Matter Jurisdiction entered herewith, the Court hereby enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 20th day of August, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE